**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Greg Cannon,** *et al.***,**

    **Plaintiffs,**

    v.

**C R Bard Inc.,** *et al.***,**

    **Defendants.**

Case No. 2:20–cv–1651

Judge Michael H. Watson

Chief Magistrate Judge Deavers

## ORDER

On June 17, 2020, Chief Magistrate Judge Deavers issued a report and recommendation ("R&R") recommending that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b) due to Plaintiffs' failure to prosecute. ECF No. 37. Chief Magistrate Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 3. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 4.

The deadline for filing such objections has passed, and no objections were filed. Plaintiffs have not participated in this case in any way since their counsel withdrew on May 12, 2020, despite having numerous opportunities to do so, including the May 27, 2020 show cause order. ECF No. 35. Therefore, the R&R is **ADOPTED**, and this case is **DISMISSED** pursuant to Rule 41(b). The Clerk of Court shall **TERMINATE** this case.

**IT IS SO ORDERED.**

                                                                                        **/s/ Michael H. Watson**_____
                                                                                        **MICHAEL H. WATSON, JUDGE**
                                                                                        **UNITED STATES DISTRICT COURT**